UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL I, LLC, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-1424 JCM (VCF)<br><br>ORDER |

Presently before the court is defendant SFR Investments Pool I, LLC's demand for security of costs pursuant to Nevada Revised Statute ("NRS") 18.130. (ECF No. 8).

"When a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant . . . ." NRS 18.130. Further, "[i]t is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Org.*, 2012 WL 925027 (D. Nev. 2012) (citing *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305–6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

Here, defendant asserts that plaintiff is a national banking association based in Ohio. (ECF No. 8). Plaintiff U.S. Bank National Association's ("U.S. Bank") complaint supports that argument.[1] (ECF No. 1).

---

[1] U.S. Bank brings this action on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1. *See* (ECF No. 1).

**James C. Mahan**
**U.S. District Judge**

1    Thus, this court finds that defendant properly invokes NRS 18.130. Pursuant to that
2 statute, plaintiff is to deposit $500.00 with the clerk of court for "costs and charges as may be
3 awarded" in this case. Nev. Rev. Stat. § 18.130.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's demand for security costs, (ECF No. 8) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to SFR Investments Pool 1, LLC within seven (7) days of the entry of this order.

DATED July 6, 2017.

_____
UNITED STATES DISTRICT JUDGE