Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       clb@slwlaw.com
Attorneys for Plaintiff,
U.S. Bank National
Association, on behalf of the
registered Holders of Bear
Stearns Asset Backed
Securities I LLC, Asset-
Backed Certificates, Series
2007-AC1.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1,<br><br>        Plaintiff,<br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; EL PASEO COMMUNITY ASSOCIATION, a Nevada non-profit corporation; JOHNNIE WILLIAMS, an individual.<br><br>        Defendants. | **CASE NO.: 2:17-cv-01424-JCM-VCF**<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT EL PASEO COMMUNITY ASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br>        Counter-Claimant<br>v.<br>U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1<br>        Counter-Defendant | |

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

Pursuant to Federal Rule of Civil Procedure 41(a), and LR IA 6-2 Plaintiff/Counter-Defendant U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1 ("U.S. Bank"), by and through its counsel of record, Smith Larsen & Wixom, and Defendant El Paseo Community Association, by and through its counsel of record, Pengilly Law Firm, hereby stipulate and agree as follows:

1. On May 19, 2017, U.S. Bank filed its Complaint in this action, naming El Paseo Community Association as a potentially necessary party.

2. U.S. Bank now agrees to voluntarily dismiss El Paseo Community Association with prejudice.

3. El Paseo Community Association does not take a position regarding whether the subject foreclosure sale extinguished U.S. Bank's interest in the deed of trust in this matter.

4. El Paseo Community Association does not have a current interest in the real property located at 8007 Rotella Drive, Las Vegas, Nevada 89147.

5. El Paseo Community Association and U.S. Bank shall each bear its own attorneys' fees and costs incurred in this matter.

| ROBBINS LAW FIRM | SMITH LARSEN & WIXOM, CHARTERED |
|---|---|
| /s/Elizabeth Lowell | /s/Christopher L. Benner |
| ELIZABETH B. LOWELL, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 8551 | Nevada Bar No. 8963 |
| E-Mail: elowell@pengillylawfirm.com | E-Mail: clb@slwlaw.com |
| ROBBINS LAW FIRM | SMITH LARSEN & WIXOM, CHARTERED |
| 1995 Village Center Circle, Suite 190 | 1935 Village Center Circle |
| Las Vegas, Nevada 89134-6363 | Las Vegas, Nevada 89134-6237 |
| *Attorney for Defendant,* | *Attorney for Plaintiff/Counter-Defendant,* |
| *El Paseo Community Association* | *U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 14, 2018