Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       clb@slwlaw.com
Attorneys for Plaintiff,
U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1,<br><br>                  Plaintiff,<br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; EL PASEO COMMUNITY ASSOCIATION, a Nevada non-profit corporation; JOHNNIE WILLIAMS, an individual.<br>                  Defendants. | **CASE NO.: 2:17-cv-01424-JCM-VCF**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br>                  Counter-Claimant<br>v.<br><br>U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1<br>                  Counter-Defendant | |

Pursuant to Federal Rule of Civil Procedure 41(a), and LR IA 6-2 Plaintiff/Counter-Defendant U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1 ("U.S. Bank"), and Defendant/Counterclaimant SFR Investments Pool 1, LLC, ("SFR")(collectively the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

1. This action concerns title to real property commonly known as 8007 Rotella Drive, Las Vegas, Nevada 89147 ("Property") following a homeowner's association foreclosure sale conducted on August 10, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20061031-0007297 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. This Stipulation and Order is the result of a compromise resolution of this action and shall not constitute or be construed as an admission of the facts or legal conclusions at issue in this action, or an admission as to the Validity of the allegations in future actions.

4. With respect to this dispute, the Parties have entered into a confidential settlement agreement pursuant to which U.S. Bank shall record a reconveyance of the Deed of Trust in the real property records of Clark County, Nevada.

5. U.S. Bank expressly reserves all rights and interest in the loan secured by the Deed of Trust, as well as its claims against Johnnie Williams, including but not limited to, and actions to seek a deficiency judgment.

6. U.S. Bank further expressly reserves all rights and interest in any excess proceeds from the foreclosure sale of the Property, as well as its claims against Nevada Association Services, Inc.

7. The Parties have resolved all of their claims and disputes, and stipulate and agree

2

to the dismissal of all claims between the Parties, including all counterclaims, with prejudice, with each party to bear its own costs and attorneys' fees.

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder.

**IT IS SO STIPULATED this 1st day of November, 2018.**

| **KIM GILBERT EBRON** | **SMITH LARSEN & WIXOM, CHARTERED** |
|---|---|
| */s/Diana S. Ebron* | */s/Christopher L. Benner* |
| DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>E-Mail: diana@kgelegal.com<br>KIM GILBERT EBRON<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorney for Defendant/Counterclaimant,*<br>*SFR Investments Pool 1, LLC* | CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>E-Mail: clb@slwlaw.com<br>SMITH LARSEN & WIXOM, CHARTERED<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134-6237<br>*Attorney for Plaintiff/Counter-Defendant,*<br>*U.S. Bank National Association, on behalf of*<br>*the registered Holders of Bear Stearns Asset*<br>*Backed Securities I LLC, Asset-Backed*<br>*Certificates, Series 2007-AC1* |

**IT IS SO ORDERED:**

/s/ James C. Mahan

UNITED STATES DISTRICT COURT JUDGE

DATED: November 14, 2018

3